THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (SBN 168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858-794-1441
Facsimile: 858-794-1450
Email: kah@weiserlawfirm.com

Attorneys for Plaintiff Bruce Johnson and
Proposed Co-Lead Counsel

[Additional Counsel on Signature Page.]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD EASTON, Derivatively On Behalf of QUESTCOR PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, MD, NEAL C. BRADSHER, STEPHEN C. FARRELL, LOUIS E. SILVERMAN and SCOTT M. WHITCUP, MD., <br><br> Defendants, <br><br> – and – <br><br> QUESTCOR PHARMACEUTICALS, INC., a California Corporation, <br><br> Nominal Party. | Case No. SACV12-01716-DMG (FMOx) <br><br> NOTICE OF MOTION AND MOTION FOR CONSOLIDATION AND APPOINTMENT OF LEAD COUNSEL <br><br> DATE:   November 30, 2012 <br> TIME:    9:30 a.m. <br> CTRM:   7 <br> JUDGE:  Hon. Dolly M. Gee <br><br> Date Case Filed: 10/4/12 |

Caption continued on following pages.

| | | |
|---|---|---|
| 1 | BRUCE JOHNSON, Derivatively on Behalf of QUESTCOR PHARMACEUTICALS, INC., | ) Case No. SACV12-01718-DMG ) (FMOx) |
| 2 | | ) |
| 3 | | ) Date Case Filed: 10/4/12 |
| 4 | Plaintiff, | ) |
| 5 | vs. | ) |
| 6 | DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, NEAL C. BRADSHER, STEPHEN C. FARRELL, LOUIS E. SILVERMAN and SCOTT M. WHITCUP, | ) |

BRUCE JOHNSON, Derivatively on Behalf of QUESTCOR PHARMACEUTICALS, INC.,

    Plaintiff,

    vs.

DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, NEAL C. BRADSHER, STEPHEN C. FARRELL, LOUIS E. SILVERMAN and SCOTT M. WHITCUP,

    Defendants,

    – and –

QUESTCOR PHARMACEUTICALS, INC.,

    Nominal Party.

Case No. SACV12-01718-DMG (FMOx)

Date Case Filed: 10/4/12

---

NILABRATA GOSWAMI, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

    vs.

DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, and STEPHEN C. FARRELL,

    Defendants,

    – and –

QUESTCOR PHARMACEUTICALS, INC.,

    Nominal Defendant.

Case No. SACV12-01753-DMG (FMOx)

Date Case Filed: 10/11/12

Caption continued on following page.

| | |
|---|---|
| EARL RICHARDS, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, and STEPHEN C. FARRELL,<br><br>      Defendants,<br><br> – and –<br><br>QUESTCOR PHARMACEUTICALS, INC.,<br><br>      Nominal Defendant. | Case No. SACV12-01754-DMG (FMOx)<br><br>Date Case Filed: 10/11/12 |
| JAMES TRIPOLI, Derivatively On Behalf of QUESTCOR PHARMACEUTICALS,<br><br>      Plaintiff,<br><br> vs.<br><br>DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, DAVID J. MEDEIROS, MITCHELL J. BLUTT, VIRGIL D. THOMPSON, STEPHEN C. FARRELL, NEAL C. BRADSHER, LOUIS E. SILVERMAN, and SCOTT M. WHITCUP,<br><br>      Defendants,<br><br> – and –<br><br>QUESTCOR PHARMACEUTICALS, INC., a California Corporation,<br><br>      Nominal Defendant. | Case No. SACV12-01759-AG(MLGx)<br><br>Date Case Filed: 10/11/12 |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 30, 2012, at 9:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Dolly M. Gee, Courtroom 7, United States District Court for the Central District of California, Western Division, 312 N. Spring Street, Los Angeles, California 90012, Plaintiffs Gerald Easton ("Easton") and Bruce Johnson ("Johnson") (collectively the "Plaintiffs") will and hereby do move this Court for an order: (1) consolidating the above-captioned related shareholder derivative actions (the "Derivative Actions"); (2) appointing The Weiser Law Firm, P.C. and Johnson & Weaver, LLP as Co-Lead Counsel for all plaintiffs in the Derivative Actions (and any later-filed actions that are subsequently consolidated therewith); and (3) granting such other relief as the Court deems just and proper (collectively the "Motion").

This Motion is brought pursuant to Rule 7 of the Local Rules of this Court, and Rules 23.1 and 42(a) of the Federal Rules of Civil Procedure. The Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the proposed order filed with the Motion, the Declaration of Kathleen A. Herkenhoff in Support of Motion for Consolidation and Appointment of Lead Counsel and the exhibits thereto (the "Herkenhoff Decl."), and the Declaration of Frank J. Johnson in Support of Motion for Consolidation and Appointment of Lead Counsel and the exhibits thereto (the "Johnson Decl.").

As detailed in the Herkenhoff Decl., pursuant to Local Rule 7, counsel for Plaintiffs commenced the meet and confer process in connection with this Motion on October 15, 2012, and have had numerous discussions with counsel for each of the parties named in the Derivative Actions. Nominal Party Questcor Pharmaceuticals, Inc. ("Questcor") and the Defendants do not oppose consolidation, but take no position on the appointment of Lead Counsel. Plaintiff James Tripoli agrees that consolidation is proper, but seeks to appoint his counsel, Robbins Umeda LLP ("Robbins Umeda"), as Lead Counsel. Counsel for Plaintiffs Richards and Goswami

do not oppose consolidation, but have indicated that they intend to support Robbins Umeda as Lead Counsel.

DATED: October 26, 2012

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (SBN 168562)


       /s/ Kathleen A. Herkenhoff
         KATHLEEN A. HERKENHOFF

12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858-794-1441
Facsimile: 858-794-1450


THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY CIARLANTO
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: 610-225-2677
Facsimile: 610-408-8062

Attorneys for Plaintiff Bruce Johnson and Proposed Co-Lead Counsel

RYAN & MANISKAS, LLP
KATHERINE M. RYAN
RICHARD A. MANISKAS
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: 484/588-5516
Facsimile:   484/450-2582

Attorneys for Plaintiff Bruce Johnson

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (SBN 174882)
DAVID ELLIOTT (SBN 270381)
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: 619/230-0063
Facsimile:  619/255-1856

Attorneys for Plaintiff Gerald Easton and Proposed Co-Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2012, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 27, 2012.

        s/ KATHLEEN A. HERKENHOFF
        KATHLEEN A. HERKENHOFF

        THE WEISER LAW FIRM, P.C.
        12707 High Bluff Drive, Suite 200
        San Diego, CA 92130
        Telephone: 858/794-1441
        Facsimile:  858/794-1450

        E-mail:kah@weiserlawfirm.com

# Mailing Information for a Case 8:12-cv-01716-DMG-FMO

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frank J Johnson**
  frankj@johnsonandweaver.com,shawnf@johnsonandweaver.com,shelbyr@johnsonandweaver.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alejandra.lopez@skadden.com,allison.velkes@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David Elliot
Johnson and Weaver, LLP
110 West A Street   Suite 750
San Diego, CA 92101
```