UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD EASTON, Derivatively On Behalf of QUESTCOR PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, MD, NEAL C. BRADSHER, STEPHEN C. FARRELL, LOUIS E. SILVERMAN and SCOTT M. WHITCUP, MD., <br><br> Defendants, <br><br> – and – <br><br> QUESTCOR PHARMACEUTICALS, INC., a California Corporation, <br><br> Nominal Party. | Case No. SACV12-01716-DMG (FMOx) <br><br> [PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL <br><br> DATE:   November 30, 2012 <br> TIME:   9:30 a.m. <br> CTRM:   7 <br> JUDGE:  Hon. Dolly M. Gee <br><br> Date Case Filed: 10/4/12 |

Caption continued on following pages.

| | |
|---|---|
| BRUCE JOHNSON, Derivatively on Behalf of QUESTCOR PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, NEAL C. BRADSHER, STEPHEN C. FARRELL, LOUIS E. SILVERMAN and SCOTT M. WHITCUP, <br><br> Defendants, <br><br> – and – <br><br> QUESTCOR PHARMACEUTICALS, INC., <br><br> Nominal Party. | Case No. SACV12-01718-DMG (FMOx) <br><br> Date Case Filed: 10/4/12 |
| NILABRATA GOSWAMI, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, and STEPHEN C. FARRELL, <br><br> Defendants, <br><br> – and – <br><br> QUESTCOR PHARMACEUTICALS, INC., <br><br> Nominal Defendant. | Case No. SACV12-01753-DMG (FMOx) <br><br> Date Case Filed: 10/11/12 |

Caption continued on following page.

| | |
|---|---|
| EARL RICHARDS, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, VIRGIL D. THOMPSON, MITCHELL J. BLUTT, and STEPHEN C. FARRELL,<br><br>                Defendants,<br><br>  – and –<br><br>QUESTCOR PHARMACEUTICALS, INC.,<br><br>                Nominal Defendant. | Case No. SACV12-01754-DMG (FMOx)<br><br>Date Case Filed: 10/11/12 |
| JAMES TRIPOLI, Derivatively On Behalf of QUESTCOR PHARMACEUTICALS,<br><br>                Plaintiff,<br><br>  vs.<br><br>DON M. BAILEY, MICHAEL H. MULROY, STEPHEN L. CARTT, DAVID YOUNG, DAVID J. MEDEIROS, MITCHELL J. BLUTT, VIRGIL D. THOMPSON, STEPHEN C. FARRELL, NEAL C. BRADSHER, LOUIS E. SILVERMAN, and SCOTT M. WHITCUP,<br><br>                Defendants,<br><br>  – and –<br><br>QUESTCOR PHARMACEUTICALS, INC., a California Corporation,<br><br>                Nominal Defendant. | Case No. SACV12-01759-AG(MLGx)<br><br>Date Case Filed: 10/11/12 |

1  The Court, having considered the Notice of Motion and Motion for Consolidation and Appointment of Lead Counsel (the "Motion"), filed by Plaintiffs Gerald Easton and Bruce Johnson, and all arguments and papers submitted in connection with the Motion, and good cause being shown, HEREBY ORDERS THAT:

### IV. CONSOLIDATION OF THE RELATED SHAREHOLDER DERIVATIVE ACTIONS

12. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Action"):

| Case Name | Case No. | Date Filed |
|---|---|---|
| *Easton v. Bailey, et al.* | SACV12-01716-DMG (FMOx) | 10/4/12 |
| *Johnson v. Bailey, et al.* | SACV12-01718-DMG (FMOx) | 10/4/12 |
| *Goswami v. Bailey, et al.* | SACV12-01753-DMG (FMOx) | 10/11/12 |
| *Richards v. Bailey, et al.* | SACV12-01754-DMG (FMOx) | 10/11/12 |
| *Tripoli v. Bailey, et al.* | SACV12-01759-AG (MLGx) | 10/11/12 |

### V. CAPTION OF CASES

2. Every pleading filed in this Consolidated Action, or in any separate actions included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QUESTCOR PHARMACEUTICALS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. SACV12-01716-DMG(FMOx)<br><br>(Consolidated with Nos. SACV12-01718-DMG(FMOx), SACV12-01753-DMG(FMOx), SACV12-01754-DMG(FMOx), SACV12-01759-AG(MLGx)) |

    3.    When a case which properly belongs as part of *In re Questcor Pharmaceuticals, Inc. Derivative Litigation*, Master File No. SACV12-01716-DMG (FMOx), is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of Co-Lead Counsel in calling to the attention of the clerk of the Court the filing or transfer of any case which might properly be consolidated as part of the Consolidated Action.

    4.    This Order shall apply to each case which is subsequently filed in, removed to, or transferred to this Court that arises out of the same or substantially the same transactions or events as set forth in the Consolidated Action.

    5.    Co-Lead Counsel, upon receiving notice of any shareholder derivative actions that are related to the Consolidated Action that are hereinafter filed in, removed to, or transferred to this District, shall serve a copy of such Order on the parties to such subsequently filed action.

**VI.    APPOINTMENT OF CO-LEAD COUNSEL**

    6.    The Weiser Law Firm, P.C. and Johnson & Weaver, LLP shall serve as Co-Lead Counsel for Plaintiffs in the Consolidated Action, and in actions subsequently filed in, removed to or transferred to this Court, arising out of the same, or substantially the same, transactions or events as this Consolidated Action.

    7.    Co-Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work

assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

9. Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

10. Counsel for Defendants and nominal party Questcor Pharmaceuticals, Inc. ("Questcor") may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

**VII. SCHEDULING**

11. Within ten (10) court days from entry of this Order, Co-Lead Counsel and counsel for Questcor and the Defendants shall meet and confer to negotiate a mutually agreeable schedule for the filing of a Consolidated Complaint (or a date by which to designate an operative complaint), including a schedule for the briefing and hearing of any responsive motions thereto (the "Responsive Motions"). No later than fifteen (15) court days from entry of this Order, Co-Lead Counsel and counsel for Questcor and the Defendants shall file a proposed stipulation and order setting forth the agreed upon schedule for the filing of the Consolidated Complaint (or the designation of the operative complaint) and a proposed schedule for the briefing and hearing of the Responsive Motions.

IT IS SO ORDERED.

DATED: _____     _____
                              HON. DOLLY M. GEE
                              UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2012, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 27, 2012.

        s/ KATHLEEN A. HERKENHOFF
        KATHLEEN A. HERKENHOFF

THE WEISER LAW FIRM, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile:  858/794-1450

E-mail:kah@weiserlawfirm.com

# Mailing Information for a Case 8:12-cv-01716-DMG-FMO

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Frank J Johnson**
  frankj@johnsonandweaver.com,shawnf@johnsonandweaver.com,shelbyr@johnsonandweaver.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alejandra.lopez@skadden.com,allison.velkes@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
David Elliot
Johnson and Weaver, LLP
110 West A Street   Suite 750
San Diego, CA 92101
```