```
 1  THE WEISER LAW FIRM, P.C.
    KATHLEEN A. HERKENHOFF (SBN 168562)
 2  12707 High Bluff Drive, Suite 200
    San Diego, CA 92130
 3  Telephone: 858-794-1441
    Facsimile: 858-794-1450
 4  Email: kah@weiserlawfirm.com

 5  Co-Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re QUESTCOR SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. SA CV12-1716-DMG (FMOx)<br><br>ORDER GRANTING TEMPORARY STAY OF DERIVATIVE ACTION [37] |
|---|---|---|
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

The Court, having considered the Stipulation Regarding Entry of Temporary Stay of Derivative Action (the "Stipulation"), filed by Plaintiffs, and good cause being shown, HEREBY ORDERS THAT:

1. All proceedings, including motion practice and discovery, in *In re Questcor Shareholder Derivative Litigation*, Case No. CV12-01716 DMG (FMOx), are hereby stayed until the earlier of the following events: (a) any of the Defendants files an answer to any operative pleading in *In re Questcor Pharmaceuticals, Inc. Securities Litigation,* No. 8:12-cv-01623-DMG (FMOx) (the "Securities Class Action"); or (b) the latest operative pleading in the Securities Class Action is dismissed in its entirety with prejudice.

2. The March 19, 2013 deadline for Co-Lead Counsel[1] in the above-captioned action (the "Derivative Action"), on behalf of plaintiffs in the Derivative Action, to file a consolidated complaint (the "Complaint") is hereby vacated.

3. Notwithstanding the stay set forth herein, Co-Lead Counsel or counsel for the Defendants may, after first meeting and conferring with opposing counsel and upon five business days' notice after such meet and confer, submit a notice or *ex parte* application to the Court requesting a status conference to discuss the timing for a motion seeking to modify any terms of the Order ("Motion"), to discuss matters pertaining to the Order, or to discuss matters pertaining to the status of the Derivative Action or the Securities Class Action. Opposition to such Motion is permitted without violation of the terms of this Order.

4. In the future, the parties should avoid submitting requests for continuance less than five court days prior to the expiration of the scheduled date.

---

[1] The Court's January 4, 2013 order Consolidating Actions and Appointing Lead Counsel appointed The Weiser Law Firm, P.C. and Johnson & Weaver, LLP as Co-Lead Counsel.

- 1 -

1  *See* Initial Standing Order at 10 [Doc. # 6]; Judge Gee's Procedures and Schedules
2  at ¶ 7, United States District Court, Central District of California website.
3
4         IT IS SO ORDERED.
5
6  DATED:   March 19, 2013                    _____
7                                             DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE