1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QUESTCOR SHAREHOLDER DERIVATIVE LITIGATION | Case No. SA CV-12-1716-DMG (JPRx) |
| | ORDER APPROVING JOINT STIPULATION REGARDING MOOTNESS FEE [60] |
| This Document Relates To: | |
| ALL ACTIONS. | |

The Court, having considered the Joint Stipulation Regarding Mootness Fee (the "Stipulation"), and good cause being shown, HEREBY ORDERS THAT:

1.    Counsel for Plaintiffs are hereby awarded a mootness fee in the amount of $100,000.

2.    Within ten (10) business days of entry of this Order, Defendants shall pay or cause to be paid to counsel for Plaintiffs the mootness fee as set forth above.

IT IS SO ORDERED.

DATED:  July 30, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -