JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QUESTCOR SHAREHOLDER DERIVATIVE LITIGATION | Case No. SA CV 12-1716-DMG (JPRx) |
| | ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE [61] |
| This Document Relates To: | |
| ALL ACTIONS. | |

The Court, having considered the Joint Stipulation to Dismiss with Prejudice (the "Stipulation"), and good cause being shown, HEREBY ORDERS THAT:

1. The Action is dismissed with prejudice as to Plaintiffs Bruce Johnson and Gerald Easton, and without prejudice as to any other shareholder of Questcor Pharmaceuticals, Inc.

2. Counsel for Plaintiffs and Defendants shall bear their own costs and expenses and have waived their rights, if any, to seek costs or expenses from the opposing party.

3. Without affecting the finality of this Order in any way, this Court hereby retains continuing jurisdiction over the Action and the parties to the Stipulation for the sole purpose of ruling on a mootness fee application to be made by counsel for Plaintiffs.

4. Because the dismissal is without prejudice to any other Questcor shareholder, no compensation in any form relating to the dismissal of the action has passed directly or indirectly to Plaintiffs or their attorneys and no promise to give any such compensation has been made, notice of this dismissal is not required.

IT IS SO ORDERED.

DATED: July 30, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -